UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )  Case No.: 19-57632-pmb
 )
KENNEDY C. UZOMBA, )  Judge: Paul Baisier
 )
Debtor )  Chapter: 7
 )
Debtor(s)

## AMENDMENT

Pursuant to FRBP 1009(a) and Local Rule 1009-1, Kennedy Uzomba, Debtor in the above styled case, hereby files this amendment to his petition for Chapter 7 Bankruptcy protection.

Plaintiff amends the attached Schedules as required, to add the attached creditors.

Dated: December 11, 2019      Signature(s): /s/ Kennedy C. Uzomba

Printed Name(s): Kennedy C. Uzomba, Pro Se

Address: P.O. Box 2636
Acworth, GA 30102

Phone: (770) 369-2834

kennedypersonal@yahoo.com

**Fill in this information to identify your case:**

Debtor 1: KENNEDY C. UZOMBA
_First Name_   _Middle Name_   _Last Name_

Debtor 2: _____
(Spouse, if filing) _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 19 - 57632

☑ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |                                 | Total claim | Priority amount | Nonpriority amount |
|-----|---------------------------------|-------------|-----------------|--------------------|

**2.1**
Priority Creditor's Name: _____
Number   Street: _____
City   State   ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number   Street: _____
City   State   ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of 28

Debtor 1  **KENNEDY C. OZOMBA**  
First Name  Middle Name  Last Name

Case number (if known) 19-57632

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**9.5**

**VERDE POINTE DENTAL ASSOCIATES, LLC**  
Nonpriority Creditor's Name  
192 ANDERSON ST  
Number  Street  
MARIETTA,     GA    30060  
City     State    ZIP Code

Last 4 digits of account number  n / a      $ 2,100.00

When was the debt incurred?  05/05/2019

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  dental

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**9.6**

**RAHUL SARAF, B.D.S., D.M.D., P.C.**  
Nonpriority Creditor's Name  
115 Mount Paran Ridge NW  
Number  Street  
Atlanta     GA    30327  
City     State    ZIP Code

Last 4 digits of account number  1 1 0 9      $ 950.00

When was the debt incurred?  05/12/2019

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  dental

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**9.7**

**FILLO PAINTING CONTRACTOR, INC.**  
Nonpriority Creditor's Name  
225 Foothill Dr  
Number  Street  
WOODSTOCK     GA    30188  
City     State    ZIP Code

Last 4 digits of account number  n / a      $ 3,000

When was the debt incurred?  05/10/2019

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  remodeling

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1  KENNEDY C. UZOMBA
          First Name   Middle Name   Last Name

Case number (if known) 19-57632

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**9.8**

Bryce Noel, Attorney for LOAN DEPOT, LLC
Nonpriority Creditor's Name
3575 Piedmont Road, N.E., Suite 500
Number    Street
Atlanta                           GA        30305
City                              State     ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  n / a                    $ 2,000.00

When was the debt incurred?  10/30/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  legal

**9.9**

Michael J. McCormick, Attorney Homebridge Financia
Nonpriority Creditor's Name
1544 Old Alabama Road
Number    Street
Roswell                           GA        30076
City                              State     ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  n / a                    $ 2,000.00

When was the debt incurred?  11/04/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  legal

Nonpriority Creditor's Name

Number    Street

City                              State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___           $ _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  KENNEDY C. UZOMBA
         First Name   Middle Name   Last Name

Case number (if known) 19-57632

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| CAPITAL ACCOUNTS, LLC<br>Name<br>INCORP SERVICES, INC. (Agent)<br>Number   Street<br>2000 RIVEREDGE PKWY, NW STE. 885,<br>Atlanta          GA        30328<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 9.5  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  0  2  6  9 |
| ANTHONY HSIEH<br>Name<br>LOAN DEPOT, LLC  Chief Executive Officer<br>Number   Street<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305        GA<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 9.8  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  N / A |
| Peter Norden<br>Name<br>Homebridge Financial, Chief Executive Officer<br>Number   Street<br>1544 Old Alabama Road<br>Roswell         GA        30076<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 9.9  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  N / A |
| Ciro A Mestres<br>Name<br>Attorney for Homebridge Financial<br>Number   Street<br>1544 Old Alabama Road<br>Roswell         GA        30076<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 9.9  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  N / A |
| Name<br>Number   Street<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line ____  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line ____  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City            State     ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line ____  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 231.31 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| 6e. | Total. Add lines 6a through 6d. | 6e. | $ 231.31 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 77,178.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 89,981.24 |
| 6j. | Total. Add lines 6f through 6i. | 6j. | $ 167,159.24 |

Fill in this information to identify your case:

Debtor 1: **KENNEDY C. UZOMBA**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 19 - 57632 - pmb
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................... $ **104,828.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ $ **8,847.91**

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................... $ **113,675.91**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... $ **369,942.91**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................... $ **231.31**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................... + $ **167,159.24**

   Your total liabilities     $ **537,333.46**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................. $ **2,013.42**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................... $ **1,906.38**

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Debtor 1  **KENNEDY C. UZOMBA**
         First Name  Middle Name  Last Name

Case number (if known) 19 - 57632 - pmb

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 2,013.42

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)                                           $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                  $ 231.31

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)        $ 0.00

   9d. Student loans. (Copy line 6f.)                                                         $ 77,178.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

   9g. **Total.** Add lines 9a through 9f.                                                    $ 77,409.31

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 2 of 2

**Fill in this information to identify your case:**

Debtor 1  KENNEDY C. UZOMBA
         First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number  19 - 57632 - pmb
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Kennedy Uzomba                    X _____
Signature of Debtor 1                    Signature of Debtor 2

Date  12/11/2019                         Date _____
      MM / DD / YYYY                          MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In Re: KENNEDY C. UZOMBA<br><br>Debtor, | Case No. **19-57632-pmb**<br><br>Chapter 7<br><br>Judge: **Paul Baisier** |

CERTIFICATE OF SERVICE

NOTICE OF DEBTOR'S AMENDED SCHEDULES

Georgia, **Fulton** County

TO: **ALL AFFECTED PARTIES, ALL CREDITORS OF RECORD AND THEIR ATTORNEY OF RECORD**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:

This is to certify that I have this day served the attorney of the opposing party with a copy of the within **NOTICE OF DEBTOR'S AMENDED SCHEDULES** by depositing in the U.S. mail, a copy of same in a properly addressed envelope with adequate postage thereon, addressed as follows:

To: ALL AFFECTED PARTIES, ALL CREDITORS OF RECORD AND THEIR ATTORNEY OF RECORD

*Trustee*
**Jordan E. Lubin**
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307
(770) 424-8281

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

1

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty–one (21) days from the date set forth in the certificate of service for the motion to amend,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 75 Ted Turner Drive, SW Atlanta Ga 30303 OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to:

Kennedy C. Uzomba, Pro Se Debtor
P.O. Box 2636
Acworth GA 30102
(770) 369 – 2834
kennedypersonal@yahoo.com

**LOANDEPOT.COM, LLC**
**% REGISTERED AGENT SOLUTIONS, INC.** *(Registered Agent)*
900 OLD ROSWELL LAKES PARKWAY,
SUITE 310
Roswell, GA, 30076, USA

**HOMEBRIDGE FINANCIAL SERVICES, INC.**
**% C T Corporation System** *(Registered Agent)*
**289 S Culver St**
**Lawrenceville, GA, 30046-4805, USA**

**Bryce Noel, Attorney for LOANDEPOT.COM, LLC**
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994 – 7400
Fax: (619) 590 – 1385
Email: BNoel@aldridgepite.com

**Michael J. McCormick, Attorney for HomeBridge Financial Services, Inc.**
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

**Ciro A Mestres, Attorney for HFS**
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

**ANTHONY HSIEH**, Chief Executive Officer
*In his Official Capacity as CEO*
% Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

2

**Peter Norden,** Chief Executive Officer
*In his Official Capacity as CEO*
% McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

**VERDE POINTE DENTAL ASSOCIATES, LLC**
**ELDON L. BASHAM** (Registered Agent)
192 ANDERSON ST., MARIETTA, GA, 30060, (Cobb)

**RAHUL SARAF, B.D.S., D.M.D., P.C.**
**RAHUL SARAF** (Registered Agent)
115 Mount Paran Ridge NW
Atlanta, GA, 30327 (Fulton)

**CAPITAL ACCOUNTS, LLC**
**INCORP SERVICES, INC.** (Registered Agent)
2000 RIVEREDGE PKWY. NW STE. 885, Atlanta, GA, 30328 (Fulton)

**FILLO PAINTING CONTRACTOR, INC.**
**Jose Blanco** (Registered Agent)
225 Foothill Dr, WOODSTOCK, GA, 30188 **(Cherokee)**

*Trustee*
**Jordan E. Lubin**
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307
(770) 424-8281

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

**Please take notice and be advised that the herein mentioned Debtor KENNEDY UZOMBA will bring this**

3

## NOTICE OF DEBTOR'S AMENDED SCHEDULES

before **THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

to the Clerk of Court at the next term at the United States Bankruptcy Court,

75 Ted Turner Drive, SW Atlanta Ga 30303

I declare under penalty of perjury under the laws of the United States Bankruptcy Court for the Northern District of Georgia, that the foregoing is true and correct.

Signed at ____Acworth____ Georgia on __12/11/2019__ [Date]

_____ Signature, Kennedy Uzomba [Print or type name]

This __11__ day of __December__, 20__19__

Respectfully submitted,                    By: _____

Kennedy C. Uzomba, Pro Se Debtor
P.O. Box 2636
Acworth GA 30102
(770) 369 – 2834
kennedypersonal@yahoo.com

4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the attorney of the opposing party with a copy of the within **NOTICE OF DEBTOR'S AMENDED SCHEDULES** by depositing in the U.S. mail, a copy of same in a properly addressed envelope with adequate postage thereon, addressed as follows:

To: ALL AFFECTED PARTIES, ALL CREDITORS OF RECORD AND THEIR ATTORNEY OF RECORD

*Trustee*
**Jordan E. Lubin**
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307
(770) 424-8281

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

LOANDEPOT.COM, LLC
% REGISTERED AGENT SOLUTIONS, INC. *(Registered Agent)*
900 OLD ROSWELL LAKES PARKWAY,
SUITE 310
Roswell, GA, 30076, USA

**HOMEBRIDGE FINANCIAL SERVICES, INC.**
% C T Corporation System *(Registered Agent)*
**289 S Culver St**
**Lawrenceville, GA, 30046-4805, USA**

**Bryce Noel, Attorney for LOANDEPOT.COM, LLC**
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994 – 7400
Fax: (619) 590 – 1385
Email: BNoel@aldridgepite.com

Michael J. McCormick, Attorney for HomeBridge Financial Services, Inc.
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

Ciro A Mestres, Attorney for **HFS**
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

5

**ANTHONY HSIEH,** Chief Executive Officer
*In his Official Capacity as CEO*
% Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**Peter Norden,** Chief Executive Officer
*In his Official Capacity as CEO*
% McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

**VERDE POINTE DENTAL ASSOCIATES, LLC**
**ELDON L. BASHAM (Registered Agent)**
192 ANDERSON ST., MARIETTA, GA, 30060, (Cobb)

**RAHUL SARAF, B.D.S., D.M.D., P.C.**
**RAHUL SARAF (Registered Agent)**
115 Mount Paran Ridge NW
Atlanta, GA, 30327 (Fulton)

**CAPITAL ACCOUNTS, LLC**
**INCORP SERVICES, INC. (Registered Agent)**
2000 RIVEREDGE PKWY. NW STE. 885, Atlanta, GA, 30328 (Fulton)

**FILLO PAINTING CONTRACTOR, INC.**
**Jose Blanco (Registered Agent)**
225 Foothill Dr, WOODSTOCK, GA, 30188 **(Cherokee)**

I declare under penalty of perjury under the laws of the United States Bankruptcy Court for the Northern District of Georgia, that the foregoing is true and correct.

Signed at _Acworth_, Georgia on _12/11/2019_ [Date]

_____ Signature, Kennedy Uzomba [Print or type name]

This _11_ day of _December_, 20_19_

Respectfully submitted,

By:
Kennedy C. Uzomba, Pro Se Debtor
P.O. Box 2636
Acworth GA 30102
(770) 369 – 2834
kennedypersonal@yahoo.com

6

Re: Debtor KENNEDY C. UZOMBA
Case No. 19 – 57632 - pmb

# AMENDED LIST OF CREDITOR'S

| | |
|---|---|
| **Stevens, Stevens & Oliver, LLC**<br>**Andrew M. Stevens** (Registered Agent)<br>4167 Roswell Road<br>Suite A Floor 1<br>Atlanta, Georgia 30342 (Fulton) | **VERDE POINTE DENTAL ASSOCIATES, LLC**<br>**ELDON L. BASHAM** (Registered Agent)<br>192 ANDERSON ST., MARIETTA, GA, 30060, (Cobb) |
| **RAHUL SARAF, B.D.S., D.M.D., P.C.**<br>**RAHUL SARAF** (Registered Agent)<br>115 Mount Paran Ridge NW, Atlanta, GA, 30327 (Fulton) | **CAPITAL ACCOUNTS, LLC**<br>**INCORP SERVICES, INC.** (Registered Agent)<br>2000 RIVEREDGE PKWY. NW STE. 885, Atlanta, GA, 30328 (Fulton) |
| **FILLO PAINTING CONTRACTOR, INC.**<br>**Jose Blanco** (Registered Agent)<br>225 Foothill Dr, WOODSTOCK, GA, 30188 **(Cherokee)** | |
| Bryce Noel, Attorney for **LDC**<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305 | **ANTHONY HSIEH**, Chief Executive Officer<br>*In his Official Capacity as CEO*<br>% Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305 |
| Ciro A Mestres, Attorney for **HFS**<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 | **Peter Norden,** Chief Executive Officer<br>*In his Official Capacity as CEO*<br>% McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 |
| Michael J. McCormick, Attorney for HomeBridge Financial Services, Inc.<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 | |
| | |
| | |
| | |

1

U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01259992 (HD) OF 12/11/2019

| ITEM | CODE | CASE | QUANTITY | AMOUNT | BY |
|---|---|---|---|---|---|
| 1 | AM2 | 19-57632 | 1 | $ 31.00 | Currency |
| | | Judge - Paul M. Baisier | | | |
| | | Debtor - KENNEDY C. UZOMBA | | | |

TOTAL:                                                                $ 31.00

FROM: Kennedy C. Uzomba
      xx
      xx
      xx